**MOTION GRANTED**
this 2nd day of October
20 12

_[signature]_
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

FILED
SEP 25 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

United States District Court
For The Eastern District of North Carolina
Western Division

5:12-CV-00208-FL

Lloyd Lewis
Plaintiff
Vs.
James P. O'Geary (mayor)
Sam Currin
County of Vance
State of North Carolina

Notice of Voluntary Dismissal
Pursuant To Rule 41(a)

To All Parties and Their Attorneys of Record:

Please Take Notice that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-captioned action without prejudice.

This The 25th day September 2012

_[signature]_
Lloyd Lewis
lloydlewis3@aol.com